IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JESUS MENDOZA, ) <br> ) <br> Defendant. ) | No. 1:08-mj-00236 GSA <br><br> ORDER OF RELEASE |

The above named defendant having been sentenced on October 10, 2008 to 13 days Custody and 13 days Credit for Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.


DATED: October 10, 2008_____

/s/ Gary S. Austin
_____
GARY S. AUSTIN
U.S. Magistrate Judge

9/26/96 exonbnd.frm